IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| HD SUPPLY FACILITIES MAINTENANCE, LTD., a Florida Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CONQUEST ELECTRICAL CONTRACTING, LLC,<br>a Texas limited liability company,<br><br>Defendant. | Civil Action No.: 1:23-cv-00535<br><br>Judge:<br><br>Magistrate: |

## COMPLAINT

Plaintiff, HD Supply Facilities Maintenance, Ltd., hereby sues Defendant, Conquest Electrical Contracting, LLC, and alleges:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff, HD Supply Facilities Maintenance, Ltd. ("HD Supply"), is a Florida limited partnership with its principal place of business in Atlanta, Georgia.

2. HD Supply is a resident of Delaware and Georgia, as its partners are residents of Delaware and Georgia.

3. Conquest Electrical Contracting, LLC ("Conquest") is a Texas limited liability company with its principal place of business in Leander, Texas.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between HD Supply and Conquest, and the aggregate amount in controversy exceeds $75,000.00, exclusive of pre- or post-judgment interest, attorneys' fees, and costs.

5.  This Court has personal jurisdiction over Conquest because Conquest is organized under the laws of Texas and has its principal place of business in Texas.

6.  Venue is proper in the United States District Court for the Western District of Texas, pursuant to 28 U.S.C. § 1391 because Conquest is organized under the laws of Texas and has its principal place of business in this District.

## GENERAL ALLEGATIONS

7.  HD Supply, as assignee of Home Depot U.S.A., Inc. d/b/a The Home Depot Pro, sues Conquest for account stated and unjust enrichment for goods purchased by Conquest and delivered to Conquest in the amount of $99,717.28, but for which Conquest has failed to pay.

8.  Conquest purchased goods in the principal amount of $99,717.28 between April 15, 2022 and June 23, 2022.

9.  On or about December 22, 2022 HD Supply, through its counsel, sent a demand letter to Conquest (the "Demand Letter") which enclosed a statement of account reflecting an itemization of invoices (the "Invoices") and outstanding balances for each purchase by Conquest (the "Account Statement"). The Demand Letter made demand for payment of $99,717.28, plus a 1.5% service charge added to each past due balance as set forth in the Account Statement in the amount of $1,495.75.  A copy of the Demand Letter is attached hereto as Exhibit A.

10. Each of the Invoices referenced in the Account Statement, identified by Invoice number, was provided to Conquest contemporaneous with the Invoice date reflected in the Account Statement.  Conquest has not made any objections to any of the Invoices.

11. To date, the total amount due from Conquest to HD Supply is $101,213.03.

12. All conditions precedent to the maintenance of the causes of action alleged herein have been complied with, have occurred in fact or by operation of law, or have been waived.

## Count I – Account Stated

13. HD Supply re-alleges and incorporates herein by reference the allegations of paragraphs 1 through 12 above.

14. Prior to the institution of this action, HD Supply and Conquest had business transactions between them whereby HD Supply agreed to sell certain goods to Conquest, and Conquest agreed to pay HD Supply a specified amount for the products.

15. As reflected in the Account Statement enclosed with the Demand Letter attached hereto as Exhibit A, during the course of the transactions between the parties HD Supply contemporaneously provided invoices to Conquest for each transaction.

16. Conquest never made any objection to any of the aforementioned invoices.

17. On or about December 22, 2022, HD Supply provided the Account Statement to Conquest reflecting the balance on the account.

18. Conquest made no objection to the Account Statement, agreeing to the principal balance owed, as reflected therein.

19. To date, the total amount due from Conquest is $101,213.03, including the 1.5% service charge as set forth in the Invoices and Account Statement.

20. Conquest has made no payments to HD Supply for the total amount due.

WHEREFORE, HD Supply Facilities Maintenance, Ltd. demands judgment against Conquest Electrical Contracting, LLC, for damages, attorneys' fees pursuant to Tx. Civ. Prac. & Rem. § 38.001, pre-judgment interest, costs, and for such other relief as this Court deems just and appropriate under the circumstances.

## Count II – Unjust Enrichment

21. HD Supply re-alleges and incorporates herein by reference the allegations of paragraphs 1 through 12 above.

22. HD Supply provided Conquest with valuable goods at the direction of Conquest with the expectation that Conquest would compensate HD Supply in exchange.

23. Conquest did not pay HD Supply for the goods.

24. In the absence of full payment for the value of the goods provided by HD Supply, Conquest will be unjustly enriched.

25. The value of the goods HD Supply provided to Conquest totals $99,717.28.

WHEREFORE, HD Supply Facilities Maintenance, Ltd. demands judgment against Conquest Electrical Contracting, LLC, for damages, attorneys' fees pursuant to Tx. Civ. Prac. & Rem. § 38.001, pre-judgment interest, costs, and for such other relief as this Court deems just and appropriate under the circumstances.

## JURY DEMAND

HD Supply hereby requests that all issues so triable of right be heard by a jury.

**SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Richard D. Rivera*
Scott S. Gallagher
Florida Bar No. 371970
Email: ssgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
Email: rrivera@sgrlaw.com
50 North Laura St, Suite 2600
Jacksonville, FL 32202
(904) 598-6111
(904) 598-6211 fax

*Attorneys for Plaintiff HD Supply Facilities Maintenance, Ltd.*

Dated: May 12, 2023