IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HD SUPPLY FACILITIES MAINTENANCE, LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-535-RP |
| CONQUEST ELECTRICAL CONTRACTING, LLC, | § § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

On this date, the Court adopted United States Magistrate Judge Dustin Howell's report and recommendation concerning Plaintiff HD Supply Facilities Maintenance, Ltd. ("HD") motion for default judgement, (Dkt. 12), against Defendant Conquest Electrical Contracting, LLC ("CEC"). (R. & R., Dkt. 13). The Court granted HD's motion for default judgment. Accordingly, the Court renders this default judgment pursuant to Federal Rule of Civil Procedure 55.

**IT IS ORDERED** that judgment is awarded in favor of HD. HD shall recover the following sums against CEC:

1. $101,213.03 in damages;

2. $14,246.08 in prejudgment interest; and

3. Post-judgment interest at a rate calculated pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED** that HD shall file any motion for costs and reasonable attorneys' fees, with supporting documentation, no later than **April 14, 2025**, pursuant to Local Rule CV-54.

All other relief requested is **DENIED**. This case is now **CLOSED**.

**SIGNED** on March 31, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE